COPY

1 | BRUCE NYE, SBN 77608
  | MICHAEL SACHS, SBN 235048
2 | ADAMS | NYE | SINUNU | BRUNI | BECHT LLP
  | 222 Kearny Street, Seventh Floor
3 | San Francisco, California 94108-4521
  | Telephone: (415) 982-8955
4 | Facsimile: (415) 982-2042

5 | Attorneys for Defendants
  | SEARS ROEBUCK AND CO. and
6 | WHIRLPOOL CORPORATION

RECEIVED
JUN 2 8 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DENNIS CUNNINGHAM AND PATRICIA CUNNINGHAM, CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU as subrogee of Dennis and Patricia Cunningham<br><br>Plaintiffs,<br><br>vs.<br><br>SEARS ROEBUCK AND CO., WHIRLPOOL CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. C 06-03231 PVT<br><br>STIPULATION AND ORDER CONTINUING DATES FOR HEARING ON MOTION FOR REMAND, MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES<br><br>(Santa Clara County Superior Case No. 1-06-CV-059340) |

It is hereby stipulated by and between the parties hereto that the hearing dates, initial case management conference and related matters and deadlines are continued as follows:

Plaintiffs' Motion for Remand, presently set for hearing on July 18, 2006 is continued to **Tuesday, August 22, 2006 at 10:00 a.m.** in Courtroom 5.

Plaintiff's Motion for Leave to File First Amended Complaint, presently set for hearing on July 18, 2006 is continued to **Tuesday, August 22, 2006 at 10:00 a.m.** in Courtroom 5.

Pursuant to Local Rule 7-3, opposition to these motions shall be filed and served no later than **August 1, 2006** and reply shall be filed and served no later than **August 8, 2006.**

00120304.WPD 1.
STIPULATION AND ORDER CONTINUING DATES FOR HEARING ON MOTION FOR REMAND, MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

1   The Initial Case Management Conference, presently set for August 22, 2006, is continued to
2   **September 19, 2006 at 2:00 p.m.** in Department 5. Pursuant to Local Rules 3-5, 16-9 and this
3   Court's Order Setting Initial Case Management Conference and ADR Deadlines, the related dates
4   are continued as follows:

- Last day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan: **August 29, 2006;**
- Last day to make initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file Rule 26(f) Report: **September 12, 2006.**

DATED: 16 June, 2006    ADAMS | NYE | SINUNU | BRUNI | BECHT LLP

By: _____
    BRUCE NYE
    Attorneys for Defendants
    SEARS ROEBUCK AND CO. and
    WHIRLPOOL CORPORATION

DATED: June 16, 2006    BURESH, KAPLAN, JANG & FELLER

By: _____
    ALAN J. JANG
    Attorneys for Plaintiffs
    DENNIS CUNNINGHAM AND
    PATRICIA CUNNINGHAM,
    CALIFORNIA STATE AUTOMOBILE
    ASSOCIATION INTER-INSURANCE
    BUREAU as subrogee of
    Dennis and Patricia Cunningham

## ORDER

The parties having so stipulated, IT IS SO ORDERED.

DATED: 6/28, 2006    _Patricia V. Trumbull_
                      United States Magistrate Judge

00120304.WPD                                    2.
STIPULATION AND ORDER CONTINUING DATES FOR HEARING ON MOTION FOR REMAND, MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT, INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES