1  BRUCE NYE, SBN 77608
   MICHAEL SACHS, SBN 235048
2  ADAMS | NYE | SINUNU | BRUNI | BECHT LLP
   222 Kearny Street, Seventh Floor
3  San Francisco, California 94108-4521
   Telephone: (415) 982-8955
4  Facsimile: (415) 982-2042

5  Attorneys for Defendants
   SEARS ROEBUCK AND CO. and
6  WHIRLPOOL CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11 DENNIS CUNNINGHAM AND                    No. C 06-03231 PVT
   PATRICIA CUNNINGHAM,
12 CALIFORNIA STATE AUTOMOBILE              STIPULATION AND [PROPOSED]
   ASSOCIATION INTER-INSURANCE              ORDER FOR WITHDRAWAL OF
13 BUREAU as subrogee of Dennis and Patricia MOTIONS, PERMITTING FILING OF
   Cunningham                               FIRST AMENDED COMPLAINT,
14                                          PERMITTING EXPEDITED
                  Plaintiffs,               DEPOSITIONS OF WITNESSES, AND
15                                          CONTINUING DATES FOR INITIAL
   vs.                                      CASE MANAGEMENT CONFERENCE
16                                          AND RELATED DEADLINES
   SEARS ROEBUCK AND CO.,
17 WHIRLPOOL CORPORATION, and
   DOES 1 through 50, inclusive,
18                                          (Santa Clara County Superior Case
                  Defendants.               No. 1-06-CV-059340)
19

20

21         It is hereby stipulated by and between the parties hereto, as follows:

22    1.   Plaintiffs' Motion for Leave to File First Amended Complaint and Motion for

23         Remand, presently set for hearing on August 22, 2006, are hereby withdrawn,

24         without prejudice to refiling the Motion for Remand.

25    2.   Plaintiffs may forthwith file and serve their proposed First Amended Complaint

26         (attached to their Motion for Leave to File First Amended Complaint), adding

27         defendants Jonathan Davar and Dewi Davar as defendants. This stipulation is made

28

                                            1.
STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF MOTIONS PERMITTING FILING OF FIRST
AMENDED COMPLAINT, PERMITTING EXPEDITED DEPOSITIONS OF WITNESSES, AND CONTINUING DATES FOR
                INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

1  without prejudice to the right of Defendants' Sears, Roebuck and Co. and Whirlpool
2  Corporation to contend that Defendants Davar are sham defendants.
3  3. In order for the parties to determine whether or not defendants Davar are proper or
4  sham defendants for purposes of subject matter jurisdiction,
5     A. Defendant Sears will make all reasonable efforts in the next 45 days to
6  determine whether it has any record of who installed the dishwasher
7  which is the subject of this action;
8     B. The parties agree that Defendants may notice the depositions of the
9  Davars on an expedited basis and prior to the date allowed by Federal
10  Rules of Civil Procedure, Rule 26(d), while giving appropriate
11  deference to the schedules of these witnesses and their right to be
12  appropriately represented at the depositions;
13  4. Upon the conclusion of the depositions of Defendants Davar, the parties shall meet
14  and confer in good faith concerning the question of subject matter jurisdiction, and if
15  they are unable to reach agreement, Plaintiffs may re-file their Motion for Remand.
16  5. The Initial Case Management Conference, presently set for September 19, 2006, is
17  continued to October 31, 2006. Pursuant to Local Rules 3-5, 16-9 and this Court's
18  Order Setting Initial Case Management Conference and ADR Deadlines, the related
19  dates are continued as follows:
20  • Last day to meet and confer re: initial disclosures, early settlement, ADR
21  process selection and discovery plan: **October 10, 2006**;
22  • Last date to make initial disclosures or state objection in Rule 26(f) Report,
23  file Case Management Statement and file Rule 26(f) Report: **October 24,**
24  **2006.**
25  ///
26  ///
27  ///
28

2.

STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF MOTIONS PERMITTING FILING OF FIRST
AMENDED COMPLAINT, PERMITTING EXPEDITED DEPOSITIONS OF WITNESSES, AND CONTINUING DATES FOR
INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

6. Counsel for Plaintiffs shall immediately serve a copy of this Stipulation and Order on any newly served parties.

DATED: 7/26, 2006          ADAMS | NYE | SINUNU | BRUNI | BECHT LLP

                           By: _____
                              BRUCE NYE
                              Attorneys for Defendants
                              SEARS ROEBUCK AND CO. and
                              WHIRLPOOL CORPORATION

DATED: July 25, 2006       BURESH, KAPLAN, JANG & FELLER

                           By: _____
                              ALAN J. JANG
                              Attorneys for Plaintiffs
                              DENNIS CUNNINGHAM and
                              PATRICIA CUNNINGHAM,
                              CALIFORNIA STATE AUTOMOBILE
                              ASSOCIATION INTER-INSURANCE
                              BUREAU as subrogee of
                              Dennis and Patricia Cunningham

## ORDER

The parties having so stipulated, IT IS SO ORDERED.

DATED: July 31, 2006       _Patricia V. Trumbull_
                           United States Magistrate Judge

3.
STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF MOTIONS PERMITTING FILING OF FIRST
AMENDED COMPLAINT, PERMITTING EXPEDITED DEPOSITIONS OF WITNESSES, AND CONTINUING DATES FOR
INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES