1  BRUCE NYE, SBN 77608
   MICHAEL SACHS, SBN 235048
2  ADAMS | NYE | SINUNU | BRUNI | BECHT LLP
   222 Kearny Street, Seventh Floor
3  San Francisco, California 94108-4521
   Telephone: (415) 982-8955
4  Facsimile: (415) 982-2042

5  JAMES S. OWENS, JR., *pro hac vice*
   ADRIANE Y. SAMMONS, *pro hac vice*
6  NALL & MILLER, LLP
   235 Peachtree Street, Suite 1500
7  Atlanta, GA 30303
   Telephone: (404) 522-2200
8  Facsimile: (404) 522-2208

9  Attorneys for Defendants
   SEARS ROEBUCK AND CO. and
10 WHIRLPOOL CORPORATION

11

12              UNITED STATES DISTRICT COURT

13      NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

14

| | |
|---|---|
| 15  DENNIS CUNNINGHAM AND PATRICIA CUNNINGHAM, | No. C 06-03231 PVT |
| 16  CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE | |
| 17  BUREAU as subrogee of Dennis and Patricia Cunningham | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| 18                   Plaintiffs, | |
| 19  vs. | |
| 20  SEARS ROEBUCK AND CO., WHIRLPOOL CORPORATION, and | |
| 21  DOES 1 through 50, inclusive, | |
| 22                   Defendants. | |

24

25     Counsel report that they have met and conferred regarding ADR and have reached the following

26 stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

27 / / / /

28

---

- 1 -
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

The parties agree to participate in the following ADR process: Private mediation with the Honorable Richard Hodge, Esq., ADR Services. The parties agree to hold the ADR session by December 31, 2006.

Dated: October 11, 2006     BURESH KAPLAN JANG & FELLER

By:_____
           ALAN J. JANG
      Attorneys for Plaintiffs
      DENNIS CUNNINGHAM and PATRICIA
      CUNNINGHAM, CALIFORNIA STATE
      AUTOMOBILE ASSOCIATION INSURANCE
      BUREAU

Dated: October 11, 2006     ADAMS | NYE | SINUNU | BRUNI | BECHT LLP

By:_____
           BRUCE NYE
      Attorneys for Defendants
      WHIRLPOOL CORPORATION and
      SEARS, ROEBUCK AND CO.

Dated: October ____, 2006

By:_____
           DESMOND B. TUCK
      Attorneys for Defendants
      JONATHAN DAVAR and DEWI DAVAR

The parties agree to participate in the following ADR process: Private mediation with the Honorable Richard Hodge, Esq., ADR Services. The parties agree to hold the ADR session by December 31, 2006.

Dated: October _____, 2006         BURESH KAPLAN JANG & FELLER


By:_____
  ALAN J. JANG
  Attorneys for Plaintiffs
  DENNIS CUNNINGHAM and PATRICIA
  CUNNINGHAM, CALIFORNIA STATE
  AUTOMOBILE ASSOCIATION INSURANCE
  BUREAU


Dated: October _____, 2006         ADAMS | NYE | SINUNU | BRUNI | BECHT LLP


By:_____
  BRUCE NYE
  Attorneys for Defendants
  WHIRLPOOL CORPORATION and
  SEARS, ROEBUCK AND CO.


Dated: October 10, 2006


By: /s/ Desmond B. Tuck
  DESMOND B. TUCK
  Attorneys for Defendants
  JONATHAN DAVAR and DEWI DAVAR

- 2 -
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

- 3 -

1  [~~PROPOSED~~ ORDER]

2    Pursuant to the Stipulation above, the captioned matter is hereby referred to private mediation.

3  Deadline for mediation is December 31, 2006.

4

5

6  IT IS SO ORDERED:

7

8  Dated: __10/30/2006__          _[signature: James Ware]_

9                                 UNITED STATES ~~MAGISTRATE~~ JUDGE
10                                              DISTRICT

11

- 3 -
STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS