United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dennis Cunningham, et al., | NO. C 06-03231 JW |
| Plaintiffs, | **ORDER CONTINUING HEARING ON CASE MANAGEMENT CONFERENCE** |
| v. | |
| Sears Roebuck and Company, et al., | |
| Defendants. | |

On January 18, 2007, the parties notified the Court that the above entitled action has reached a settlement. The parties sought a continuance of the case management conference presently scheduled on January 29, 2007. The Court continues the case management for sixty (60) days to give the parties time to finalize their settlement. The new case management conference is scheduled for **April 2, 2007 at 10 a.m.** If the parties file their stipulated dismissal before the scheduled conference, the conference will be vacated.

Dated: January 24, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adriane Yelton Sammons asammons@nallmiller.com
Alan J. Jang ajang@bkjf.com
Bruce G. Nye bnye@ansbb.com
Desmond B. Tuck destuck@aol.com
James S. Owens sowens@nallmiller.com
Michael Sachs msachs@ansbb.com

**Dated: January 24, 2007**                                   **Richard W. Wieking, Clerk**

                                                              **By:  /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**