ALAN J. JANG, ESQ. (SBN 83409)
JOSEPH G. ASTLEFORD (SBN 231494)
BURESH, KAPLAN, JANG & FELLER
2298 Durant Avenue
Berkeley, California 94704
Telephone:   (510) 548-7474
Facsimile:    (510) 548-7488

Attorneys for Plaintiffs DENNIS
CUNNINGHAM AND PATRICIA
CUNNINGHAM, CALIFORNIA STATE
AUTOMOBILE ASSOCIATION INTER-
INSURANCE BUREAU

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DENNIS CUNNINGHAM AND PATRICIA CUNNINGHAM, CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU as subrogee of Dennis and Patricia Cunningham<br><br>Plaintiff,<br><br>v.<br><br>SEARS ROEBUCK AND CO., WHIRLPOOL CORPORATION, JONATHAN DAVAR, DEWI DAVAR and DOES 1 through 50, inclusive,<br><br>Defendants, _____/ | Case No. 5:06-CV-03231-JW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED BY ALL PARTIES THROUGH THEIR COUNSEL OF RECORD AS FOLLOWS:

1. The parties have reached a settlement as to all of plaintiffs' claims for damages, litigation expenses and costs. A Settlement Agreement and Release was signed by all parties and their counsel on January 17, 2007, following a voluntary mediation.

2. The payment of the settlement sum will be made by defendants upon filing of this Stipulation.

/ / /

Buresh, Kaplan,
Jang & Feller
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

STIP. & [PROPOSED] ORDER OF DISMISSAL
Case No. 5:06-CV-03231-JW

1

Case5:06-cv-03231-JW Document39 Filed02/23/07 Page2 of 4

ALAN J. JANG, ESQ. (SBN 83409)
JOSEPH G. ASTLEFORD (SBN 231494)
BURESH, KAPLAN, JANG & FELLER
2298 Durant Avenue
Berkeley, California 94704
Telephone: (510) 548-7474
Facsimile: (510) 548-7488

RECEIVED
JAN 25 '07
RICH...
U.S. DIST... COURT
NO. DIST. OF CA. S.J.

Attorneys for Plaintiffs DENNIS CUNNINGHAM AND PATRICIA CUNNINGHAM, CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

DENNIS CUNNINGHAM AND PATRICIA CUNNINGHAM, CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU as subrogee of Dennis and Patricia Cunningham

Plaintiff,

v.

SEARS ROEBUCK AND CO., WHIRLPOOL CORPORATION, JONATHAN DAVAR, DEWI DAVAR and DOES 1 through 50, inclusive,

Defendants,
_______________________________/

Case No. 5:06-CV-03231-JW

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

BY FAX

IT IS HEREBY STIPULATED BY ALL PARTIES THROUGH THEIR COUNSEL OF RECORD AS FOLLOWS:

1. The parties have reached a settlement as to all of plaintiffs' claims for damages, litigation expenses and costs. A Settlement Agreement and Release was signed by all parties and their counsel on January 17, 2007, following a voluntary mediation.

2. The payment of the settlement sum will be made by defendants upon filing of this Stipulation.

///

Buresh, Kaplan, Jang & Feller
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

STIP. & [PROPOSED] ORDER OF DISMISSAL
Case No. 5:06-CV-03231-JW

1

10733792.tif - 1/25/2007 12:01:39 PM

3. The parties therefore stipulate and agree that the action shall be dismissed with prejudice.

IT IS SO STIPULATED:

Dated: January 18, 2007				BURESH, KAPLAN, JANG & FELLER


						By: _____
						    Alan J. Jang
						    Attorneys for Plaintiffs Dennis and Patricia
						    Cunningham and California State Automobile
						    Association Inter-Insurance Bureau


Dated: January 24, 2007				ADAMS / NYE/ SINUNU / BRUNI / BECHT LLP


						By: _____
						    Bruce Nye
						    Attorneys for Defendants Whirlpool
						    Corporation and Sears, Roebuck & Company

Buresh, Kaplan,
Jang & Feller
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

STIP. & [PROPOSED] ORDER OF DISMISSAL
Case No. 5:06-CV-03231-JW

2

## ORDER

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED** that the action is hereby dismissed with prejudice.

Dated: _____

_____
Hon. James Ware
U.S. District Judge

Buresh, Kaplan,
Jang & Feller
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

STIP. & [PROPOSED] ORDER OF DISMISSAL
Case No. 5:06-CV-03231-JW

3