1 ALAN J. JANG, ESQ. (SBN 83409)
JOSEPH G. ASTLEFORD (SBN 231494)
2 BURESH, KAPLAN, JANG & FELLER
2298 Durant Avenue
3 Berkeley, California 94704
Telephone: (510) 548-7474
4 Facsimile: (510) 548-7488

5 Attorneys for Plaintiffs DENNIS
CUNNINGHAM AND PATRICIA
6 CUNNINGHAM, CALIFORNIA STATE
AUTOMOBILE ASSOCIATION INTER-
7 INSURANCE BUREAU

**FILED**

FEB 23 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF C
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DENNIS CUNNINGHAM AND PATRICIA CUNNINGHAM, CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU as subrogee of Dennis and Patricia Cunningham, <br><br> Plaintiff, <br><br> v. <br><br> SEARS ROEBUCK AND CO., WHIRLPOOL CORPORATION, JONATHAN DAVAR, DEWI DAVAR and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 5:06-CV-03231-JW <br><br> STIPULATION AND [~~PROPOSED~~] JW ORDER OF DISMISSAL <br><br> **BY FAX** |

IT IS HEREBY STIPULATED BY ALL PARTIES THROUGH THEIR COUNSEL OF RECORD AS FOLLOWS:

1. The parties have reached a settlement as to all of plaintiffs' claims for damages, litigation expenses and costs. A Settlement Agreement and Release was signed by all parties and their counsel on January 17, 2007, following a voluntary mediation.

2. The payment of the settlement sum will be made by defendants upon filing of this Stipulation.

///

Buresh, Kaplan, Jang & Feller
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

STIP. & [PROPOSED] ORDER OF DISMISSAL
Case No. 5:06-CV-03231-JW

1

10733792.txt - 1/25/2007 12:01:39 PM

1    3.    The parties therefore stipulate and agree that the action shall be dismissed with
2 prejudice.

4    IT IS SO STIPULATED:

6 Dated: January 18, 2007                    BURESH, KAPLAN, JANG & FELLER

By: _____
    Alan J. Jang
    Attorneys for Plaintiffs Dennis and Patricia
    Cunningham and California State Automobile
    Association Inter-Insurance Bureau

13 Dated: January 24, 2007                   ADAMS / NYE/ SINUNU / BRUNI / BECHT LLP

By: _____
    Bruce Nye
    Attorneys for Defendants Whirlpool
    Corporation and Sears, Roebuck & Company

Buresh, Kaplan,
Jang & Feller
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7455

STIP. & [PROPOSED] ORDER OF DISMISSAL      10733792.til - 1/25/2007 12:01:39 PM
Case No. 5:06-CV-03231-JW                                                   2.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED** that the action |
| 3 | is hereby dismissed with prejudice. |
| 4 | |
| 5 | Dated: 2/23/2007 |
| 6 | Hon. James Ware<br>U.S. District Judge |

Bursch, Kaplan,
Jang & Feder
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

STIP. & [PROPOSED] ORDER OF DISMISSAL
Case No. 5:06-CV-03231-JW                                                3

10753792.tif - 1/25/2007 12:01:39 PM